Dismissed and Memorandum Opinion filed January 10, 2008








Dismissed
and Memorandum Opinion filed January 10, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00583-CV

____________

 

DESI CASH AND CARRY, INC., Appellant

 

V.

 

SYED SHAHID ALI and PERDANAWATI AWWAD d/b/a 

INDO PAK HALAL MEAT, Appellees

 



 

On Appeal from
County Court at Law No. 3 

Harris County,
Texas

Trial Court Cause
No. 859623

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 22, 2007.  On September 13, 2007, this
court ordered the parties to attend mediation.  On December 19, 2007, the
parties filed a joint motion to dismiss the appeal because the case has
settled.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM








Judgment rendered and Memorandum Opinion filed January
10, 2008.

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.